HENRY W. SMITH et al., Appellants, *v.* THOMAS E. ARNOLD et al., Respondents.

SAME, Appellants, *v.* SAME, Respondents.

(Argued November 24, 1885 ; decided December 8, 1885.)

*Walter Howe* for appellants.

*John H. V. Arnold* for respondents.

Agree to dismiss appeals ; no opinion.
All concur.
Appeals dismissed.